```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

-----------------------------X

LINETTE VAZQUEZ,

       Plaintiff,                2:13-cv-00433 (WJM)(MF)

v.

                                    ORDER OF DISMISSAL

CITY OF PATERSON, et al.,

       Defendants.

-----------------------------X

    The parties having notified the Court that the above action has been settled,

    It is on this 10th day of May, 2013

    ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                                                s/William J. Martini

                                          _____

                                          WILLIAM J. MARTINI, U.S.D.J.